# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EUGENE THOMAS FIFE

NO. 2025 KW 0403

**JULY 28, 2025**

---

In Re:    Eugene Thomas Fife, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          11-14-0793.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

                              MRT
                              WIL
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT